## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 11-798 JVS (OPx) | Date | June 17, 2011 |

Title    Alcala v. Best Buy Stores, L.P.

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:    (In Chambers)    Order to Show Cause re Jurisdiction**

in the:        The Court has made a preliminary review of the jurisdictional allegations

Complaint, filed

  X   Notice of Removal ("Notice") filed May 20, 2011

by Best Buy Stores, L.P. ("Best Buy").

        The initial pleading appears to invoke jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332.  (Notice, ¶ 5 .)  Jurisdiction on this basis requires complete diversity.

        The following party to the action are alleged to be a limited partnership ("LP"):

Best Buy.

        For purposes of diversity jurisdiction, an LP takes on the citizenship of each of its members.  Grupo Dataflux v. Atlas Global Group, L.P., 541 U.S. 567, 569 (2004); Carden v. Arkoma Associates, 494 U.S. 185, 195 (1990);  see Boulder Creek Co. V. Maruko, Inc., 772 F. Supp. 1150 1153 (C.D. Cal 1991).  In order to determine diversity, the Court must consider the citizenship of each LP member, and if a member is an LP or a limited liability company, the citizenship of its members.  Presently, the Court cannot tell if jurisdiction has been properly invoked.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   EDCV 11-798 JVS (OPx)                    Date   June 17, 2011

Title   Alcala v. Best Buy Stores, L.P.

       Best Buy is ordered to file an amended initial pleading within 15 days identifying each member of the LP and the member's citizenship and principal place of business as the date of the filing of the initial pleading. If any member is itself an LP or a limited liability company, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

       **A failure to respond may result in remand of the case to the Superior Court of the State of California for lack of jurisdiction.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |