JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOHN ALCALA,<br><br>    Plaintiff,<br><br>    v.<br><br>BEST BUY CO., INC. d/b/a in California MN BEST BUY CO., INC. and DOES, 1 to 100, inclusive,<br><br>    Defendants. | Case Number: EDCV 11-798-JVS (OPx)<br><br>[*Hon. James v. Selna, Ctrm 10C*]<br><br>**[PROPOSED] ORDER TO DISMISS CLAIMS WITH PREJUDICE**<br><br>[Filed Concurrently With Joint Stipulation Of Dismissal With Prejudice] |

# ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED as follows: The instant action is hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: ___May 23_____, 2013   _____
                                    The Honorable James V. Selna

---

[PROPOSED] ORDER TO DISMISS CLAIMS WITH PREJUDICE

15696146v.1